■ FRANK E. FOWLER, JR., Doing Business as SONSHINE CLEANING SERVICES, Respondent-Appellant, v FRANK SYLVESTER, Individually and as Building Manager for SUMMIT REALTY MANAGEMENT, LLC, et al., Appellants-Respondents. [60 NYS3d 888]—Appeals and cross appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), dated August 29, 2016. The order, among other things, granted the motions of defendants for leave to reargue and/or renew their motions for summary judgment and, upon reargument, denied in part the motions of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 24, and May 5 and 9, 2017,

It is hereby ordered that said appeals and cross appeal are unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Curran, JJ.

■ TRIPI FOODS, INC., Respondent, v M.W.S. ENTERPRISES, INC., Appellant. [60 NYS3d 889]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered May 9, 2016. The order denied the motion of defendant to dismiss the second cause of action of the amended complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 14, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Curran, JJ.